█ In the Matter of PAUL's PIZZA INC. et al., Petitioners, v COMMISSIONER OF LABOR OF THE STATE OF NEW YORK et al., Respondents. [33 NYS3d 732]—

Determination of the New York State Industrial Board of Appeals (IBA), dated May 22, 2014, which affirmed an order to comply issued by the New York State Department of Labor on January 12, 2011, finding, inter alia, that petitioners failed to pay proper overtime wages, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Margaret A. Chan, J.], entered Mar. 20, 2015), dismissed, without costs.

The IBA's determinations that petitioner Evangelis Gritsipis was an employer within the meaning of the New York Labor Law, and that petitioners failed to pay proper overtime wages are supported by substantial evidence (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 179-182 [1978]).

The civil penalties imposed on petitioners are not excessive. Concur—Mazzarelli, J.P., Renwick, Moskowitz, Gische and Gesmer, JJ.